Dismissed and Memorandum Opinion filed July 16, 2009








Dismissed
and Memorandum Opinion filed July 16, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00504-CV

____________

 

MIDLAND FUNDING, L.L.C., Appellant

 

V.

 

FARIBORZ CHAFI, Appellee

 



 

On Appeal from
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 877,874

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 15, 2009.  On June 29, 2009, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices Seymore, Brown, and Sullivan.